UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. DAVID LEE BERNAT, ) ) ) Plaintiff, ) ) v. ) ) THE BOEING COMPANY, INC., et al., ) ) Defendants. ) | No. 4:09CV517 RWS |

**MEMORANDUM AND ORDER**

Relator David Lee Bernat filed the instant *qui tam* lawsuit under the False Claims Act. On April 3, 2012, Relator filed a voluntary motion to dismiss [#59].

"A person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought in the name of the Government. The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1).

On April 27, 2012, the United States of America filed written consent to the dismissal of this matter with prejudice as to Relator David Lee Bernat and without prejudice as to the United States of America [#61]. I will grant Relator's Motion to Dismiss based upon Relator and Defendants having conferred in good faith to reach an agreement to dismiss this matter and upon consent of the United States.

Accordingly,

**IT IS HEREBY ORDERED that** Relator David Lee Bernat's Motion to Dismiss [#59] is **GRANTED** and this matter is dismissed with prejudice as to Relator Bernat and without

prejudice as to the United States of America.

A separate Order of Dismissal will be entered.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2012.